# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NESTOR BELTRAN VALENSIA** : | |
| A # 089-239-368, : | No. 3:19-cv-01641 |
|     Petitioner : | |
| : | (Judge Kane) |
| v. : | |
| : | (Magistrate Judge Mehalchick) |
| **CLAIR DOLL, Warden,** : | |
|     Respondent : | |

## ORDER

Before the Court in the above-captioned action is the March 4, 2020 Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 8), recommending that the Court dismiss Petitioner's counseled petition for writ of habeas corpus submitted pursuant to 28 U.S.C. § 2241 (Doc. No. 1), as moot as a result of Petitioner's deportation to Mexico on November 18, 2019. No objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 20th day of March 2020, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 8), of Magistrate Judge Mehalchick;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania